1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

IBRAHIM BROWN,                          )     No. CV 14-6126-DDP (PLA)
                                        )
                Petitioner,             )     **JUDGMENT**
                                        )
        v.                              )
                                        )
JOHN KATAVICH, Warden,                  )
                                        )
                Respondent.             )
_____)

        Pursuant to the order accepting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.


DATED: November 10, 2015                _____
                                            HONORABLE DEAN D. PREGERSON
                                            UNITED STATES DISTRICT JUDGE